No. 80–6925.   CHRISTIAN *v.* OKLAHOMA.   Ct. Crim. App. Okla.   Certiorari denied.

No. 81–16.   CALDWELL ET AL. *v.* MISSOURI ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 81–71.   UNION *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 81–85.   DARCLY, INC. *v.* COUNTY OF LOS ANGELES ET AL.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 81–125.   CARDINAL FEDERAL SAVINGS & LOAN ASSN. *v.* DAVIS, ADMINISTRATRIX.   Sup. Ct. Ohio.   Certiorari denied.

No. 81–215.   AVERY *v.* MARYLAND ET AL.   C. A. 4th Cir. Certiorari denied.

No. 81–222.   VALERO ENERGY CORP. *v.* SOHYDE DRILLING & WORKOVER, INC., ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 81–311.   CITY OF PALM BEACH GARDENS ET AL. *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 81–312.   CROW TRIBE OF INDIANS, MONTANA, ET AL. *v.* ENVIRONMENTAL PROTECTION AGENCY ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 81–352.   LEWIS *v.* UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 81–356.   ANDERSON ET AL. *v.* CITY OF NORTHLAKE. C. A. 7th Cir.   Certiorari denied.

No. 81–371.   CARNEY *v.* UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.